KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA ZANARINI, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br>    Defendant. ) <br> _____ ) | CIVIL NO. 05-04479 MHP <br><br> DEFENDANT'S NOTICE, MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO PROSECUTE CASE; [PROPOSED] ORDER |

## I. INTRODUCTION

The above-captioned Social Security action is filed according to Civil L.R. 16-5, and as such, it is submitted on the papers without oral argument. Defendant moves for dismissal of Plaintiff's complaint pursuant to Fed.R.Civ.P. 4(a), (c)(1), (i) and (m).

## II. ISSUES

Plaintiff Gloria Zanarini (hereinafter Plaintiff), filed a Complaint for judicial review of a decision on a claim for benefits under the Social Security Act on November 3, 2005. Plaintiff has failed to have Process issued against Defendant (see Civil Docket Sheet Number 1, attached hereto), has failed to E-File and/or Register as an E-Filer (see Civil Docket Sheet Number 3), and has failed to properly serve Defendant with a Summons and Complaint pursuant to Fed.R.Civ.P. 4(a), (c)(1), (i), and (m).

///

It has now been more than 120 days since Plaintiff filed her Complaint.  Accordingly, the Court should dismiss Plaintiff's complaint for lack of prosecution.  See Fed.R.Civ.P. 4(m).

## V.   CONCLUSION

Because Plaintiff has not had Process issued, and has failed to properly serve Defendant, the Court should dismiss her complaint for failure to prosecute.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: May 25, 2006           By: _____
                              SARA WINSLOW
                              Assistant United States Attorney

## [PROPOSED] ORDER

This case is dismissed pursuant to Fed.R.Civ.P. 4 for failure to prosecute.  The clerk shall close the file.

IT IS SO ORDERED.

Dated: May 31, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ZANARINI MOT. TO DISMISS
C 05-04479 MHP                    2